UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Robert Lonnell Smith, Jr.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Washoe County, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01183-CDS-DJA<br><br>**Order** |

On May 28, 2024, the Court noted that Plaintiff had filed a motion to amend his complaint that purported to supplement, rather than amend, the original complaint. (ECF No. 17). The Court thus denied the motion and gave Plaintiff until June 27, 2024, to file an amended complaint that is complete in itself. (*Id.*). In doing so, the Court explained that "[i]f Plaintiff does not file a renewed motion to amend his complaint by June 27, 2024, the Court will construe his original complaint (ECF No. 7) as the operative complaint and the Court will issue an order regarding service of that complaint." (*Id.*). To date, Plaintiff has not filed an amended complaint. The Court thus outlines the process by which Plaintiff may serve the operative complaint (ECF No. 7).

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to do the following:

- Send Plaintiff:
    - a copy of this order; and
    - four copies of the Form USM-285.
- Send the United States Marshals Service ("USMS"):
    - four copies of Plaintiff's complaint (ECF No. 7);
    - the summonses for Sheriff Darin Balaam, Lt. P. Sewell, Sergeant M. Kester, and Washoe County (ECF No. 8); and

o a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 2, 2024** to send his completed Forms USM-285 to the USMS.

**IT IS FURTHER ORDERED** that, within twenty-one days after receiving a copy of the Forms USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 7, 2024** to serve defendants. *See* Fed. R. Civ. P. 4(m).

DATED: July 8, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE