UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Robert Lonnell Smith, Jr., | Case No. 2:23-cv-01183-CDS-DJA |
| Plaintiff | **Order Granting Plaintiff's Motion to Extend Time to File Response** |
| v. | |
| Washoe County, et al., | [ECF No. 28] |
| Defendants | |

Plaintiff Robert Lonnell Smith, Jr. moves to extend the time to file a response to defendants Darin Balaam, M. Kester, P. Sewell, and Washoe County's motion to dismiss. ECF No. 28. Smith, Jr. requests a 30-day extension, which would move the response deadline from September 17, 2024, to October 17, 2024. *Id.* Smith, Jr. seeks an extension due to statewide prison lockdowns and limited access to the law library. *Id.* Although the deadline to oppose does not expire until September 19, the defendants have not filed any opposition to the motion thus far, but the deadline to file a response to the motion to dismiss is tomorrow. For those reasons and finding good cause, Smith, Jr.'s motion requesting an extension of time to respond **[ECF No. 28] is GRANTED**, and his deadline is extended to October 17, 2024. The reply is due by October 24, 2024.

Dated: September 16, 2024

_____
Cristina D. Silva
United States District Judge