UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Robert Lonnell Smith, Jr.,

        Plaintiff

v.

Washoe County, et al.,

        Defendants

Case No. 2:23-cv-01183-CDS-DJA

**Order Granting in Part Plaintiff's Motion to Extend Time to File Response**

[ECF No. 33]

In his second request for an extension of time, plaintiff Robert Lonnell Smith, Jr. seeks an additional 120 days to file a response to defendants Darin Balaam, M. Kester, P. Sewell, and Washoe County's motion to dismiss[1]. Mot., ECF No. 33. Smith seeks another extension because the statewide prison lockdowns prohibit his access to all institutional departments, including the law library. *Id.* Smith was previously granted an additional thirty days, which moved the response deadline from September 17, 2024, to October 17, 2024. Order, ECF No. 31. Therefore, Smith's motion **[ECF No. 33] is granted in part**. Smith is granted 70 days to file any opposition to the motion to dismiss; the deadline is extended to November 27, 2024. The reply is due by December 4, 2024.

The court notes that Smith also filed a motion to amend the complaint. ECF No. 35. If that motion is granted before the 70-day extension runs, it will moot the pending motion to dismiss.

Dated: September 25, 2024

                                                  _____
                                                  Cristina D. Silva
                                                  United States District Judge

---

[1] Smith's motion seeks to file an opposition to defendants' motion for summary judgment, however the court notes that the pending motion is to dismiss. *See* ECF No. 24.