# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Robert Lonnell Smith, Jr., | Case No. 2:23-cv-01183-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Washoe County, et al., | |
| Defendants. | |

Before the Court is Plaintiff Robert Lonnell Smith's motion to extend time to conduct discovery. (ECF No. 40). Plaintiff seeks a 60-day extension and explains that he has had no access to the law library.[1] Defendants filed a non-opposition to Plaintiff's motion, but seek a 120-day extension given the pending report and recommendation granting Plaintiff's motion to amend. (ECF No. 41). Plaintiff specifies that he is seeking to extend discovery and "related dispositive items." So, the Court construes his motion as seeking to extend the discovery deadline and subsequent deadlines and not the deadline to amend pleadings and add parties. The Court finds that Plaintiff has demonstrated good cause and excusable neglect and thus grants his motion. The Court grants it in part because it extends the deadlines by 120 days, instead of 60. *See* Fed. R. Civ. P. 16(b)(4); *see* LR 26-3.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 40) is **granted in part and denied in part.** It is denied in part regarding Plaintiff's request to extend the deadlines by 60 days because the Court extends the deadlines by 120 days. It is granted in all other respects.

---

[1] Plaintiff also asserts that he has filed a motion for appointment of counsel that is pending. However, the Court has not received a motion for appointment of counsel in this case.

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Close of discovery: | April 3, 2025 |
| Discovery motions: | April 17, 2025 |
| Dispositive motions: | May 5, 2025 |
| Pretrial order: | June 4, 2025 |

DATED: January 3, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE