UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Robert Lonnell Smith, Jr.,<br><br>              Plaintiff,<br><br>      v.<br><br>Washoe County, et al.,<br><br>              Defendants. | Case No. 2:23-cv-01183-CDS-DJA<br><br>**Order** |

On December 11, 2024, the undersigned magistrate judge recommended that Plaintiff's motion to amend his complaint be granted. (ECF No. 39). On January 16, 2025, the assigned district judge, the Honorable District Judge Cristina D. Silva, adopted that recommendation and directed the Clerk of Court to detach and file the first amended complaint. (ECF No. 43). The Court now enters this order to effectuate service of Plaintiff's first amended complaint.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to issue summonses for the following Defendants:

- Washoe County
- Darin Balaam
- P. Sewell
- M. Kester
- Sgt. Jenkins
- Andrew Barrett-Venn
- Darrin Rice
- Devonte German

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following to the United States Marshals Service ("USMS") for service:

- The summonses issued to Washoe County, Darin Balaam, P. Sewell, M. Kester, Sgt. Jenkins, Andrew Barrett-Venn, Darrin Rice, and Devonte German.
- Eight copies of the amended complaint filed at ECF No. 44.
- A copy of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and eight copies of the Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **February 20, 2025,** to send his completed USM-285 forms to the USMS.

**IT IS FURTHER ORDERED** that, within twenty-one days after receiving a copy of the Forms USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, the Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 16, 2025,** to accomplish service. *See* Fed. R. Civ. P. 4(m).

DATED: January 22, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE