# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Lonnell Smith, Jr., | Case No. 2:23-cv-01183-CDS-DJA |
| Plaintiff | **Order Granting in Part Plaintiff's Second Motion to Extend Time to File Response** |
| v. | |
| Washoe County, et al., | [ECF No. 54] |
| Defendants | |

Plaintiff Robert Smith, Jr., incarcerated and proceeding pro se, moves to extend the time to file a response to defendants Washoe County, Darin Balaam, Peter Sewell, Mark Kester, Sgt. Jenkins, Andrew Barrett-Venn, Darrin Rice, and Devonte German's motion to dismiss. Mot., ECF No. 54. Smith's response deadline was previously extended to March 28, 2025. Order, ECF No. 53. In his second request, Smith seeks a fifty-day extension, which would move the response deadline to May 19, 2025. ECF No. 54 at 2. Smith represents that he has limited access to the law library and therefore needs additional time to research and adequately respond. ECF No. 54. Therefore, Smith's motion is granted in part, and he is granted another thirty days to file any opposition to the motion to dismiss.

## Conclusion

IT IS HEREBY ORDERED that Smith's second motion requesting an extension of time to respond **[ECF No. 54] is GRANTED in part**, as set forth in this order. His deadline to respond to the motion to dismiss is extended to April 28, 2025. Any reply is due by May 5, 2025.

Dated: April 3, 2025

_____
Cristina D. Silva
United States District Judge